■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM GONZALEZ, Appellant.—Appeal by the defendant from a judgment of the County Court, Nassau County (Jonas, J.), rendered November 8, 1991.

Ordered that the appeal is dismissed *(see, People v Seaberg,* 74 NY2d 1). Bracken, J. P., Sullivan, Harwood, Rosenblatt and Copertino, JJ., concur.